AO 93 (Rev. 11/13) Search and Seizure Warrant (USAO CDCA Rev. 12/14/20)

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>The Apple iPhone 7 Plus, serial number F2LSJM6HHFY6, seized from the person of Arthit TANJAPATKUL on October 13, 2023, which is in the custody of the FBI as Item No. 1B113 in Case No. 52B-LA-3628665 | Case No. 2:24-mj-04248 |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A-2*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B-2*

Such affidavit(s) or testimony are incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

You must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

Date and time issued:     July 17, 2024 at 11:50 AM          _____/s/ Steve Kim_____
                                                                                              Judge's signature

City and state:     Los Angeles, CA                                          Steve Kim, U.S.M.J.
                                                                                              *Printed name and title*

AUSA:   Kedar S. Bhatia (x4442)

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>2:24-mj-04248 | Date and time warrant executed:<br>07/18/2024 @ 0900 | Copy of warrant and inventory left with: |
| Inventory made in the presence of:<br>SA Daniel Dales | | |
| Inventory of the property taken and name of any person(s) seized:<br>Digital media sezied from Apple iPhone 7 Plus, which was in custody of the FBI in Long Beach, CA (Evidence Item 1B113) | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 07/18/2024

*Executing officer's signature*

Daniel Dales / Special Agent
*Printed name and title*